EWS:MDM
F. #2026R00404

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*    JUNE 5,  2026    *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JUSTIN CHRISTOPHER MOORE,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. ___26-CR-162_____
(T. 18, U.S.C., §§ 871, 875(c) and 3551
et seq.)

Judge Nina R. Morrison
Magistrate Judge Peggy Kuo

THE GRAND JURY CHARGES:

At all times relevant to this Indictment, unless otherwise indicated:

1.      The defendant JUSTIN CHRISTOPHER MOORE was a United States citizen and resident of Brooklyn, New York.

2.      Donald J. Trump was the President of the United States.

3.      On or about May 24, 2026, at approximately 7:18 a.m., the defendant JUSTIN CHRISTOPHER MOORE submitted a message to the President of the United States through the "Contact Us" page on the official White House website, which stated, in part: ". . . I'm going to kill you with a bullet in the brain and slit your throat with a knife.   I feel that you are a reprehensible piece of s[***], and I need to take care of you.   So watch out with your next rally because it will come when you least expect it . . . and I'm not joking . . . I will kill you in the coming weeks."

4.      On or about May 24, 2026, at approximately 9:09 a.m., the defendant JUSTIN CHRISTOPHER MOORE submitted a second message to the President of the United States through the "Contact Us" page on the official White House website, which stated: "I'm

going to kill you on your next public speaking engagement.   I will get a gun and put a bullet in your brain.   You can count on that fact.   You are reprehensible and you need to be put down. I will take care of it in a couple of weeks and kill you Mr. Trump."

5.      On or about May 24, 2026, at approximately 9:30 a.m., the defendant JUSTIN CHRISTOPHER MOORE submitted a third message to the President of the United States through the "Contact Us" page on the official White House website, which stated, in part: "I am in the process of planning your execution and feel that you must be taken care of. . . . You need to be taken out and taken care of at this time.   I have plans for reps in the house and one senator to start working on, but I think you are the prime target we need to start with so I'm planning their death and yours.   Sincerely, Justin Moore."

6.      On or about May 25, 2026, law enforcement agents questioned the defendant JUSTIN CHRISTOPHER MOORE about the three threatening messages referenced above.   In substance and in part, MOORE admitted to the law enforcement agents that he sent the threatening messages through the official White House website and that he understood that it was illegal to make such threats.

<u>COUNT ONE</u>
(Threats Against the President of the United States)

7.      The allegations contained in paragraphs one through six are realleged and incorporated as if fully set forth in this paragraph.

8.      On or about May 24, 2026, within the Eastern District of New York and elsewhere, the defendant JUSTIN CHRISTOPHER MOORE did knowingly and willfully make

one or more threats to take the life of and to inflict bodily harm upon the President of the United States.

(Title 18, United States Code, Sections 871 and 3551 et seq.)

<u>COUNT TWO</u>
(Interstate Transmission of Threats to Injure)

9.     The allegations contained in paragraphs one through six are realleged and incorporated as if fully set forth in this paragraph.

10.     On or about May 24, 2026, within the Eastern District of New York and elsewhere, the defendant JUSTIN CHRISTOPHER MOORE did knowingly and willfully transmit in interstate commerce one or more communications containing one or more threats to injure the person of the President of the United States.

(Title 18, United States Code, Sections 875(c) and 3551 et seq.)

A TRUE BILL

_____/s/_____
FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK